UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:13-cr-0017-JMS-CMM |
| | ) | |
| DUSTIN GRIGSBY, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On April 21, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on April 12, 2017. Defendant Grigsby appeared in person with his appointed counsel Dominic Martin. The government appeared by Will McCoskey, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Grigsby of his rights and ensured he had a copy of the Petition. Defendant Grigsby orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Grigsby admitted violations 1, 2, and 3 as set forth in the Petition. [Docket No. 43.]

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|

1 **"The defendant shall refrain from any unlawful use of a controlled substance."**

On March 29, 2017, Mr. Grigsby tested positive for synthetic marijuana. The sample was lab confirmed as positive by Redwood laboratory. As previously reported to the Court, Mr. Grigsby tested positive for amphetamines on September 19, 21, October 4, and 24, 2016, and January 24, and 27, 2017. He admitted using methamphetamine on each occasion.

2 **"The defendant shall participate in a substance abuse treatment program at the direction of the probation officer."**

Mr. Grigsby was referred for drug treatment at the Indianapolis Counseling Center on October 18, 2016, following his use of methamphetamine. He is required to attend two group treatment sessions every month. Since his referral, he has only attended 3 sessions, none of which were in February or March 2017. According to the group facilitator, Mr. Grigsby attended group on April 1, 2017; however, he "participated at a minimum level and demonstrated disinterest in the group."

3 **"You shall reside in a residential reentry center (RRC) for a term of up to 120 days. You shall abide by the rules and regulations of the facility."**

On March 25, 2017, Mr. Grigsby left the RRC and went to the hospital at 1 p.m. on an emergency 3 hour pass. He returned at approximately 4 p.m. with no documentation of being at the hospital. Another resident of the RRC also went to the hospital and returned at the same times [sic]. GPS evidence showed the other client at the residence of Mr. Grigsby. Mr. Grigsby was questioned by RRC staff, but denied going to his home. He did admit to sending the other client to his home to pick up some money for him. RRC staff called Eskenazi Hospital and confirmed the offender did check into the hospital; however, he did not check in until 3:36 pm.

4. The Court finds that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of ten (10) months imprisonment with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition, and recommends that Defendant's supervised release be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of ten (10) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 24 APR 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal