UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-00017-JMS-CMM |
| | ) | |
| DUSTIN GRIGSBY (01), | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt. [54] recommending that Dustin Grigsby's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with the no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt. [54]. The Court finds that Mr. Grigsby committed Violation Numbers 1, 2, and 3, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [43]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Dustin Grigsby is sentenced to the custody of the Attorney General or his designee for a period of ten (10) months imprisonment with no supervised release to follow.

So ORDERED.

Date: 5/17/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal